

3476 Stateview Blvd
Fort Mill, SC 29715
1-800-274-7025

November 18, 2009

Dear WALTER OCHESKEY :

RE:  Payment Change Notice Date
   Loan Number xxxxxx9994          Client 936
   William N Haase
   Debra M Haase
   Bankruptcy Case Number 0770483

This letter is to advise you of a recent escrow analysis completed for the account referenced above.  Please be advised, effective with the 01-10 payment, the new monthly amount is $ 805.54.

If you remit post-petition payments, please update your records to ensure the correct amount is sent, effective with the 01-10 payment.

If you have questions, please call the Bankruptcy department at (800) 274-7025.

Sincerely,

Bankruptcy Department
BK/CPI


                                    Signature   /S/ Jimmy Rivers

NMFL # 14013 04/04                                    Wells Fargo Home Mortgage
                                                      is a division of Wells Fargo Bank, N.A

## CERTIFICATE OF SERVICE

I, Jimmy Rivers, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 18, 2009.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
WILLIAM N HAASE
DEBRA M HAASE
5007 EDGECLIFF
WICHITA FALLS TX 76302

**Debtor's Attorney**
MONTE J WHITE
900 EIGHT ST
SUITE 1200
WICHITA FALLS TX 76301

**Chapter 13 Trustee**
WALTER OCHESKEY
STANDING TRUSTEE
6308 IOLA AVE.
LUBBOCK TX 79424

/s/ Jimmy Rivers
Jimmy Rivers

Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715